02-11-179-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00179-CR

 

 


 
 
 Joemar Jackson
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

 

FROM Criminal
District Court No. 3 OF Tarrant COUNTY

----------

 

MEMORANDUM
OPINION[1]

----------

          Appellant
Joemar Jackson attempts to appeal from the denial of his pro se motion for
use of the trial record on a loan basis.  On May 24, 2011, we notified Jackson
of our concern that this court lacks jurisdiction over this appeal, and we
informed him that unless he or any party desiring to continue the appeal files
with the court, on or before June 3, 2011, a response showing grounds for
continuing the appeal, the appeal would be dismissed for want of jurisdiction. 
See Tex. R. App. P. 44.3.  We have received no response.  Accordingly,
we dismiss the appeal for want of jurisdiction.  See Tex. R. App. P. 43.2(f);
Self v. State, 122 S.W.3d 294, 294–95 (Tex. App.—Eastland 2003, no pet.)
(dismissing appeal for want of jurisdiction where trial court denied
appellant’s request for free copy of trial court’s records to prosecute
post-conviction writ of habeas corpus); Crear v. State, No.
14-05-00222-CR, 2005 WL 914123, at *1 (Tex. App.—Houston [14th Dist.] Apr. 21,
2005, no pet.) (mem. op., not designated for publication) (dismissing for want
of jurisdiction appeal of denial of pro se motion to obtain records and
request for loan of trial records).

 

 

PER CURIAM

 

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  July 28, 2011









[1]See Tex. R. App. P. 47.4.